SEALED

s/ MariaFujita

ORDERED UNSEALED on 03/20/2025 s/ MariaFujit

FILED

Mar 14 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ YC DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

August 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RICARDO MIRAMONTES NAVA,<br>Defendant. | Case No. '25 CR785 AGS<br><br>INDICTMENT<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Controlled Substances; Title 18, U.S.C., Sec. 924(h) - Attempted Transfer of a Firearm for Use in a Drug Trafficking Crime; Title 21, U.S.C., Sec. 853, Title 18, U.S.C., Sec. 924(d)(1) and Title 28, U.S.C., Sec. 2461(c) - Criminal Forfeiture |

The grand jury charges:

Count 1

(Conspiracy to Distribute Methamphetamine)

Beginning on a date unknown to the grand jury and at least continuing up to and including November 14, 2023, within the Southern District of California, and elsewhere, defendant RICARDO MIRAMONTES NAVA did knowingly and intentionally conspire with others known and unknown to the grand jury to distribute 50 grams and more of methamphetamine (actual), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

//

//

LGR:nlv:San Diego:3/13/25

Count 2

(Attempted Transfer of a Firearm for Use in a Drug Trafficking Crime)

On or about November 14, 2023, within the Southern District of California, defendant RICARDO MIRAMONTES NAVA, did knowingly and intentionally attempt to transfer a firearm, that is, a Heckler & Koch "H&K" 416 D rifle, serial number HB013168, a Pioneer Arms Hellpup pistol, 7.62 X 39mm, serial number PAC1149061, a DPMS Panther Arms rifle, serial number DM07875K, and a Glock 19X pistol, serial number AGKF076, knowing that the firearm would be used to commit a drug trafficking crime, that is, Conspiracy to Distribute Methamphetamine as charged in Count 1; all in violation of Title 18, United States Code, Section 924(h).

FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 and 2 above are realleged and by their reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of the felony offense alleged in Count 1 of this Indictment, said violation being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendant RICARDO MIRAMONTES NAVA, shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, and derived from, any proceeds the defendant obtained, directly and indirectly, as the result of the offense, and any and all property used and intended to be used in any manner and part to commit and to facilitate the commission of the violation alleged in Count 1 of this Indictment.

3. Upon conviction of the one or more of the offenses alleged in Counts 1 and 2 of this Indictment, defendant RICARDO MIRAMONTES NAVA shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offenses, including but not limited to:

- (1) Heckler & Koch "H&K" 416 D rifle, serial number HB013168
- (1) Pioneer Arms Hellpup pistol, 7.62 X 39mm, serial number PAC1149061
- (1) DPMS Panther Arms rifle, serial number DM07875K
- (1) Glock 19X pistol, serial number AGKF076
- (991) rounds Golden Tiger 7.62 x 39mm ammunition
- (286) rounds .22 caliber ammunition
- (888) rounds 5.56mm ammunition
- (17) rounds 9mm ammunition
- (1) .22 caliber magazine
- (2) 9mm magazines
- (3) 5.56mm magazines
- (1) 7.62mm magazine

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the property listed above as being subject to forfeiture.

All pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

DATED: March 14, 2025.

[redacted]

ANDREW R. HADEN
Acting United States Attorney

By: ______________________
LOREN G. RENNER
Assistant U.S. Attorney